UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARL ANTHONY DiLORENZO,

                Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

                Respondent.

Case No. C20-0445-RAJ

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's amended petition for writ of habeas corpus, respondent's answer to the petition, petitioner's response to respondent's answer, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted;

(2)     Petitioner's amended petition for writ of habeas corpus (Dkt. 6) is DISMISSED with prejudice;

(3)     Petitioner's pending motions (Dkts. 16, 18, 19, 27) are DENIED as moot;

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS - 1

1  (4) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED: and

(5) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

DATED this 21st day of June, 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS CORPUS - 2